The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ZACHARY COPO, <br><br> Defendant. | NO. CR12-217RAJ <br><br> ORDER GRANTING MOTION TO SEAL |

The Court having considered the Government's Motion to Seal requesting that the Government's Filing Relating to Defendant's Disposition on Revocation of Supervised Release in this case be sealed, and finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #210) is GRANTED. The Government's Disposition Memorandum Exhibits 1-5 shall remain sealed because the documents contain sensitive or personal information.

DATED this 29th day of April, 2021.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
U.S. v. COPO, CR12-217RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970